## THE STATE OF INDIANA, EX REL. GALEY, *v.* BOARD OF COMMISSIONERS OF THE COUNTY OF MONTGOMERY.

[No. 21,445. Filed May 24, 1910.]

From Montgomery Circuit Court; *Jere West*, Judge.

Suit by the State of Indiana, on the relation of Charles F. Galey, against the Board of Commissioners of the County of Montgomery. From a judgment for defendant, plaintiff appeals. *Affirmed.*

*John F. McHugh*, for appellant.

*R. C. Minton* and *E. E. Ballard*, for appellee.

MYERS, J.—The questions presented in this case are identical with those in *Galey* v. *Board, etc.* (1910), *ante*, 181, and the parties the

same, except that in this case appellant sues as relator. Whether this is a case where a person may maintain an action as relator is not presented, and is not examined or decided. The judgment is affirmed upon the authority of the former case.